UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: EDCR18-292-JGB |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| DAVID ARVON DILLARD, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other:

1

1 | and/ or
2 | B. (X) The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the safety of any
4 | other person or the community if released under 18 U.S.C. § 3142(b) or (c).
5 | This finding is based on the following:
6 | (X) information in the Pretrial Services Report and Recommendation
7 | (X) information in the violation petition and report(s)
8 | (X) the defendant's nonobjection to detention at this time
9 | () other:

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: December 30, 2019

_____
KENLY KIYA KATO
United States Magistrate Judge